# United States District Court

For The

District of New Jersey

UNITED STATES OF AMERICA

V.                                                                Crim. No. 06-00647-001

LOU PASSANTE

On 07/28/05, the above named was placed on probation for a period of three years. The probationer has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that the probationer be discharged from probation.

Respectfully submitted,

*[signature]*

U.S. Probation Officer
Denise Morales

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this __22nd__ Day of __January__, 2007

*[signature]*

United States District Judge